# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>YANDY ERNESTO MACHIN-ROSAL,<br><br>Defendant. | Case No.: 3:26-CR-412-RSH<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES'S MOTION TO DISMISS WITHOUT PREJUDICE** |

The United States's Motion to Dismiss the Indictment, Dkt. No. 20, is hereby GRANTED.  The Indictment is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED:  4/13/26

_Robert S Huie_
HON. ROBERT S. HUIE
United States Magistrate Judge